160 A.3d 557

**SMOOT**

v.

**SEC'Y, DEPT. OF PUBLIC SAFETY
& CORRECTIONAL SERVICES**

**Pet. Docket No. 5, Sept. Term, 2017**

Court of Appeals of Maryland.

May 22, 2017

Dismissed by the Court of Special Appeals (No. 1124, Sept. Term, 2016).

Petition for writ of certiorari dismissed.

■

160 A.3d 557

**SPEAR**

v.

**STONEGATE TITLE CO.**

**Pet. Docket No. 11, Sept. Term, 2017**

Court of Appeals of Maryland.

May 22, 2017

Opinion of the Court of Special Appeals unreported (No. 1656, Sept. Term, 2015).

Petition for writ of certiorari denied.